UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIOUS A. MOORE,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   Defendants. | No. 1:20-cv-00451-NONE-SAB (PC)<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS AND GRANTING APPLICATION TO PROCEED IN *FORMA PAUPERIS*<br><br>(Doc. Nos. 8, 13) |

   Plaintiff Demetrious A. Moore is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this action by filing a complaint (Doc. No. 1) and an application to proceed *in forma pauperis* (Doc. No. 8).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 31, 2020, the magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied because plaintiff has sufficient funds to pay the $400.00 filing fee.  (Doc. No. 13.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days (14) after service.  (*Id.*)  Plaintiff filed objections on April 23, 2020.  (Doc. No. 15.)

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the undersigned declines to adopt the findings and recommendations.

1

1    In plaintiff's *in forma pauperis* application, the authorized prison official certified that
2  plaintiff: (1) had, as of February 12, 2020,[1] $558.31 in his account; (2) during the prior six-month
3  period, the prisoner's average monthly account balance was $136.78; and (3) the average amount
4  deposited *monthly* in the account during the prior six-month period was $1,558.22. (Doc. No. 8 at 3.)

5    The inmate trust account statement plaintiff filed in connection with the pending *in forma*
6  *pauperis* application confirms the amounts for the first two figures. (Doc. No. 7 at 8.) However, the
7  $1,558.22 figure given as the average *monthly* deposit into plaintiff's account during the prior six-
8  month period actually appears to reflect the *sum* of plaintiff's deposits over a six-month period, not the
9  average *monthly* deposit amount. (*Id.*) Indeed, further examination of the record indicates that the
10 average monthly amount deposited in plaintiff's account during the prior six-month period is only
11 $167.78.[2] Relying upon the authorized prison official's certification regarding plaintiff's trust
12 account, including the erroneous figure given as the average monthly deposit to plaintiff's account, the
13 magistrate judge found that plaintiff could pay the entire $400 filing fee. (Doc. No. 13 at 3.)

14   Plaintiff objects to the pending findings and recommendations on the grounds that he relies on
15 financial support from his family, and that his family members are no longer able to support him
16 during the current COVID-19 pandemic because the workforce has been disrupted. (Doc. No. 15 at
17 2.) Plaintiff also indicates that he has been unable to work inside prison for marginal pay, apparently
18 referring to the COVID-19 crisis. (*See id.*)

19   The determination as to whether a plaintiff is indigent and therefore unable to pay the filing fee
20 falls within the court's sound discretion. *See California Men's Colony v. Rowland*, 939 F.2d 854, 858
21 (9th Cir. 1991), *rev'd on other grounds*, 506 U.S. 194 (1993). In light of the actual average monthly
22 deposit amount into plaintiff's account and the financial circumstances plaintiff contends his family is
23 facing, as set forth in a sworn statement (Doc. No. 15 at 3), the undersigned declines to adopt the

---

[1] This date is nearly a month after plaintiff filed his complaint in this action. (Doc. No. 7 at 8.)

[2] For the six-month period between July 13, 2019 through January 13, 2020 (the date plaintiff commenced this action), plaintiff's deposits were as follows: $100 + $6.25 + $5.25 + $75 + $50 + $5.25 + $11.25 + $45 + $5.25 + $91 + $11.25 + $200 + $29.17 + $5.25 + $40 + $20 + $45 + $5.25 + $1.25 + $100 + $150 + $5.25 = $1,006.67 / 6 (months) = $167.78. (*Id.* at 2–7.)

pending findings and recommendations and will instead grant plaintiff's *in forma pauperis* application.

For the reasons set forth above:

1. The undersigned declines to adopt the March 31, 2020 findings and recommendations (Doc. No. 13);
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 8) is GRANTED; and
3. The matter is referred back to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 4, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

3